**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-2017**

ROBIN LYNN EVANS,

                  Plaintiff - Appellant,

         v.

ELMER'S PRODUCTS, INC.; IRENE LESTER; IREDELL COUNTY
SHERIFF'S DEPARTMENT; TINA CARPENTER; BERWIND CORPORATION;
PHILLIP REDMOND, Sheriff of Iredell County; DETECTIVE SGT.
ANDY POTEAT, Detective Capt.; RHODNEY LESTER; VENICE
HERRING; ROGER POSACKI, CEO, Elmer's Products Corporate
Headquarters,

                  Defendants – Appellees,

         and

CHARLES MCKINNEY; THOMAS BEATTY; CITY OF STATESVILLE; ROBERT
EVANS; BONNIE HAGERMAN; VAN BILLET, CFO,

                  Defendants.

Appeal from the United States District Court for the Western
District of North Carolina, at Statesville.  Richard L.
Voorhees, District Judge.  (5:11-cv-00180-RLV)

Submitted:  April 23, 2015            Decided:  April 27, 2015

Before SHEDD, DUNCAN, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Robin Lynn Evans, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robin Lynn Evans appeals the district court's order dismissing his civil complaint against Defendants and he has filed a motion for a stay pending appeal. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's judgment. Evans v. Elmer's Prods., Inc., No. 5:11-cv-00180-RLV (W.D.N.C. Sept. 10, 2014). We deny Evans' motion for a stay pending appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED